1  ASCENSION LAW GROUP
   PAMELA TSAO( 266734)
2  17802 Irvine Blvd.
   Suite 117
3  Tustin, CA 92780
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff  JOHN HO
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | JOHN HO, an individual,                    ) Case No.: 8:21-cv-00504-JLS-KES
12 |         Plaintiff,                         ) **NOTICE OF CONDITIONAL**
13 |    vs.                                     ) **SETTLEMENT**
14 | SFS CHANDEN ONE, LLC, a limited            )
   | liability company; CHANDEN, LLC, a        )
15 | limited liability company;                 )
16 |         Defendants.                        )

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

ASCENSION LAW GROUP, PC

DATE: May 17, 2021

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

JOHN HO